Lamont FULTON, Petitioner

v.

COMMONWEALTH of Pennsylvania, Common Pleas Court of Phila., Respondent

No. 180 EM 2016

Supreme Court of Pennsylvania.

December 22, 2016

ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

Michael HOWARD, Petitioner

v.

Honorable Leon TUCKER, Common Pleas Judge, Philadelphia County, Respondent

No. 151 EM 2016

Supreme Court of Pennsylvania.

December 22, 2016

ORDER

PER CURIAM

AND NOW, this 22nd day of December, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali,* 10 A.3d 282 (Pa. 2010)

(explaining that hybrid representation is not permitted).

The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.

BERKS COUNTY RESIDENTIAL CENTER, Petitioner

v.

DEPARTMENT OF HUMAN SERVICES, Respondent

No. 558 MAL 2016

Supreme Court of Pennsylvania.

December 23, 2016

ORDER

PER CURIAM

AND NOW, this 23rd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.